1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-05-0738 CRB
                                     )
12              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE CHANGE-OF-
13     v.                            )   PLEA HEARING
                                     )
14  MODESTO SOLIS-TORRES,            )
                                     )
15              Defendant.           )
    _____)
16

17      Having made his initial appearance on charges that he illegally reentered the country

18  following deportation, in violation of 8 U.S.C. § 1326, Mr. Solis-Torres is scheduled to appear

19  for change-of-plea or further status on December 14, 2005. Government counsel has determined

20  that she is unavailable on that date. Accordingly, the parties agree and stipulate that Mr. Solis-

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

CR 05-0738 CRB; STIP & ORDER TO
CONTINUE CHANGE-OF-PLEA                           1

1  Torres's appearance shall be continued until December 21, 2005 at 2:15 PM, provided that the
2  Court is available on that date.
3      IT IS SO STIPULATED.
4  Dated:  12/1/05

   _____
   BARRY J. PORTMAN
   Federal Public Defender
   JOSH COHEN
   Assistant Federal Public Defender

7  Dated:

   _____
   KEVIN V. RYAN
   United States Attorney
   NAHLA RAJAN
   Special Assistant United States Attorney

**ORDER**

12      Accordingly, and for good cause shown, the Court hereby ORDERS that the appearance
13  presently scheduled for December 14, 2005 shall be continued to December 19, 2005 at 10:00 AM.
14      IT IS SO ORDERED.
15  Dated:  December 01, 2005

   _____
   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

   APPROVED
   Judge Charles R. Breyer